XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
JUDY WONG, State Bar No. 299990
LAURIE N. ADAMSON, State Bar No. 242795
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6095
 Fax: (916) 324-5567
 E-mail: Laurie.Adamson@doj.ca.gov
*Attorneys for Xavier Becerra, Attorney General of California, and Pat Leary, Acting Director of California Department of Social Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEEN RESCUE, CARLTON WILLIAMS as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Attorney General of the State of California, in his official capacity, WILLIAM LIGHTBOURNE, Director of the State Department of Social Services, in his official capacity, Butte County Department of Children's Services Division ad DOES 1-50,<br><br>Defendants. | 2:19-cv-00457-JAM-EFB<br><br>**DECLARATION OF JUDY WONG SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Dept:           6, 14th floor<br>Judge:         Honorable John A. Mendez<br>Trial Date:   None Set<br>Action Filed: March 13, 2019 |

I, Judy Wong, declare that the following is true and correct:

    1.    I am an attorney licensed to practice before all the courts of the State of California and am a Deputy Attorney General with the Office of the Attorney General. Deputy Attorney General Laurie Adamson, and I are counsel of record for Defendants Xavier Becerra, Attorney

1

General of California, and Pat Leary, Acting Director of California Department of Social Services (CDSS).

2. In October 2018, CDSS requested representation to Office of the Attorney General for the purpose of obtaining an inspection warrant, so that they could investigate an allegation of unlicensed care at New Day and Teen Rescue dba River View Christian Academy (RVCA), located at 12069 Tintagel Lane, Whitmore, Shasta County, CA 96096, APN: 034-270-001.

3. On January 8, 2019, Deputy Attorney General Laurie Adamson and I, along with CDSS Investigator Darin Hieb, applied for an inspection warrant in Shasta Superior Court, Case No. 191281 in Dept. 3 before Judge Stephen H. Baker.

4. At the hearing, Judge Baker issued an order granting the application for the inspection warrant between January 18, 2019 to February 1, 2019. The inspection warrant allowed law enforcement, including but not limited to California Highway Patrol, Shasta County Sheriff's Department, and any other State, County, and local agencies to enter the premises, conduct a protective sweep, and assist with the service and execution for the inspection warrant.

5. At the hearing, Judge Baker handwrote on the order to include "Teen Rescue, Inc. dba Julian Academy (Julian)" on pages 1-2. Judge Baker also handwrote that the date of return was "April 2, 2019" on page 3. Judge Baker then signed the order. The order was filed with the Shasta Superior Court on January 8, 2019.

6. On March 13, 2019, Plaintiffs Teen Rescue and Carlton Williams filed a complaint in for injunctive and declaratory relief in the present federal lawsuit, U.S. Eastern District Court, Case No. 2:19-cv-00457-JAM-FEB against Defendants Xavier Becerra, in his official capacity as Attorney General of California, and Williams Lightbourne, Director of CDSS, who was succeeded by Pat Leary, Acting Director of CDSS. Defendant Xavier Becerra was served on March 18, 2019.

7. On March 25, 2019 and March 26, 2019, Deputy Attorney General Laurie Adamson contacted Plaintiffs' counsel, Kevin Snider, to explain that although the Office of the Attorney General represented Defendant Xavier Becerra, Attorney General of California, we were expecting a request for representation from CDSS for this federal lawsuit, we still had not yet

received it yet. Kevin Snider agreed to stipulate to an extension of time for our response to the complaint. We received CDSS' request for representation for the federal lawsuit on March 26, 2019.

8. On March 27, 2019, on behalf of Defendants, Deputy Attorney General Laurie Adamson and Plaintiffs' counsel, Kevin Snider, stipulated to allow Defendants to extend their time to file a response by 28 days to May 6, 2019. (ECF 7.)

10. On April 2, 2019, CDSS issued Notices of Operation of Violation of Law (NOVLs) to New Day for Children, FACESS, Together Freedom, and Teen Rescue, pursuant to CDSS' determination that these parties are operating an unlicensed community care facility in violation of the Community Care Facilities Act (CCFA), California Health and Safety Code section 1500 et seq. CDSS made this determination following the execution of the inspection warrant, based on the evidence they gathered. CDSS issued the NOVLs directly to these parties, including Teen Rescue (Plaintiff in this federal lawsuit), as the Office of the Attorney General did not represent CDSS with respect to the issuance of the NOVLs. The Office of the Attorney General only represented CDSS for the limited purpose of obtaining the inspection warrant, and for this federal lawsuit.

11. On April 2, 2019, Kevin Snider contacted Supervising Deputy Attorney General Ismael Castro, Deputy Attorney General Laurie Adamson, and I via e-mail and voicemail to inquire about the NOVLs. His e-mail suggested that CDSS' issuance of the NOVLs was related to the Stipulation for the Extension of Time in the federal lawsuit, even though he agreed to stipulate to an extension of time based on the fact that we had not yet received CDSS' request for representation. On the following day, April 3, 2019, I contacted Kevin Snider by email to let him know that we would speak to CDSS with respect to this issue and that we would get back to him. Later that day, we emailed Kevin Snider to inform him that the Office of the Attorney General only represented CDSS with respect to the federal lawsuit. We informed him that we did not represent CDSS with respect to the NOVLs, which CDSS issued following the inspection of Plaintiff Teen Rescue's River View Christian Academy facility pursuant to its licensing

3

enforcement duties under California Health and Safety Code sections 1503.5 and 1508. We advised him to contact CDSS directly regarding the NOVLs, as stated in the NOVLs.

12. On April 4, 2019, Kevin Snider requested that we contact him to meet and confer about Plaintiffs' motion to seek temporary injunctive relief. Supervising Deputy Attorney General Ismael Castro, Deputy Attorney General Laurie Adamson, and I spoke with Kevin Snider over the phone. We explained that the Office of the Attorney General did not represent CDSS with respect to the NOVLs, as we only represented CDSS for the purposes of obtaining the inspection warrant and for this federal lawsuit. We explained that CDSS' issuance of the NOVLs to enforce the CCFA was unrelated to this federal lawsuit, which challenges the constitutionality of the CCFA but does not stay or enjoin CDSS' administrative licensing and enforcement duties under the CCFA. We also explained that we did not have the authority to request CDSS to stay enforcement of the CCFA against Plaintiff Teen Rescue, because we did not represent them with respect to the issuance of the NOVLs, and informed Kevin Snider to contact CDSS directly at the number listed on the NOVLs. We also informed Kevin Snider that he was free to pursue other adequate, legal remedies via a traditional writ of mandate under California Code of Civil Procedure section 1085 to challenge the NOVLs and the constitutionality of the CCFA.

I certify under penalty of perjury under state and federal laws that the foregoing is true and correct.

Dated: April 9, 2019 and executed at the Office of the Attorney General, 1300 I Street, Sacramento, CA 95814.

Judy Wong
Deputy Attorney General

SA2019101170
13621259.docx