## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TEEN RESCUE, ET AL.,**

CASE NO: **2:19–CV–00457–JAM–EFB**

v.

**XAVIER BECERRA, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/11/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **April 11, 2019**

by: /s/ L. Reader
Deputy Clerk