XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
JUDY WONG, State Bar No. 299990
LAURIE ADAMSON, State Bar No. 242795
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6095
  Fax: (916) 324-5567
  E-mail: Laurie.Adamson@doj.ca.gov
*Attorneys for Xavier Becerra, Attorney General of California, and Pat Leary, Acting Director of California Department of Social Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEEN RESCUE, CARLTON WILLIAMS** as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, Attorney General of the State of California, in his official capacity, WILLIAM LIGHTBOURNE, Director of the State Department of Social Services, in his official capacity, Butte County Department of Children's Services Division ad DOES 1-50,**<br><br>Defendants. | 2:19-cv-00457-JAM-EFB<br><br>**STIPULATION TO EXTEND JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO RULE 26(f) and ORDER**<br><br>Date: August 30, 2019<br>Courtroom: 6, 14th floor<br>Judge: Hon. Judge John A. Mendez<br>Action Filed: March 13, 2019 |

Pursuant to Local Rule 144(a), Plaintiff Carlton Williams,[1] as an individual and on behalf of all others similarly situated, and Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California and Pat Leary,[2] in her official capacity as Acting

---

[1] This Court dismissed Teen Rescue's claim on April 11, 2019. *See* Court Docket (CD) 21.

[2] Pat Leary has succeeded William Lightbourne and is Acting Director of California Department of Social Services.

1

1 | Director of the California Department of Social Services, by and through their attorneys of
2 | record, agree and STIPULATE that the time to meet and confer and to submit to the Court a joint
3 | status report that includes a discovery plan is as follows:
4 |   WHEREAS, Defendants filed a Motion to Dismiss that is pending before this Court and
5 | the hearing date for the Motion to Dismiss is set on July 30, 2019 at 1:30 P.M. *See* ECF 24, 25.
6 |   WHEREAS, counsel for Defendants and Plaintiff met and conferred telephonically on
7 | April 26, 2019 to discuss Rule 26(f) disclosures and discovery plan.
8 |   WHEREAS, both counsel agree that in light of the current posture of this case, the time
9 | for filing joint status report (due on May 17, 2019) and initial disclosures (due on May 29, 2019)
10 | should extend to after this Court's hearing on the pending Motion to Dismiss (on July 30, 2019)
11 | to August 30, 2019.
12 |   WHEREAS, the parties have not previously extended time to file a joint status report.
13 |   NOW THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES
14 | HEREBY STIPULATE THAT the last day to file a joint status report pursuant to Rule 26 is
15 | extended to August 30, 2019.
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

IT IS SO STIPULATED AND AGREED.

Dated: April 30, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
JUDY WONG
Deputy Attorney General

*/s/ Laurie Adamson*

LAURIE ADAMSON
Deputy Attorney General
*Attorneys for Xavier Becerra, Attorney General of California, and Pat Leary, Acting Director of California Department of Social Services*

Pacific Justice Institute

*/s/ Kevin T. Snider*

KEVIN T. SNIDER
Chief Counsel
*Attorneys for Plaintiff Carlton Williams, on behalf of all others similarly situated*

SA2019101170
13688798.docx

**ORDER**

Based on the parties' Stipulation, above, IT IS HEREBY SO ORDERED THAT the last day to file a joint status report pursuant to Rule 26, in the above-entitled action be extended to August 30, 2019, pursuant to Local Rule 144(a).

DATE: 4/30/2019                    /s/ John A. Mendez_____
                                   HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE