**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEEN RESCUE, CARLTON WILLIAMS as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Attorney General of the State of California, in his official capacity, WILLIAM LIGHTBOURNE, Director of the State Department of Social Services, in his official capacity, BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES DIVISION and DOES 1-50,<br><br>Defendants.<br>_____/ | Case No.: 2:19-cv-00457-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: 03/13/19 |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiffs TEEN RESCUE and CARLTON WILLIAMS and Defendant BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES and their counsel that the action against Defendant BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES only be dismissed with prejudice; both parties to bear their own attorneys' fees and costs in relation to this the action against this

{02009038.DOCX}                                1
**DECLARATION OF SHELBY BOSTON IN SUPPORT OF STIPULATED DISMISSAL**

Defendant BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES only.

Date: May 1, 2019                    PORTER | SCOTT
                                             A PROFESSIONAL CORPORATION

                                             By */s/ Stephen E. Horan*
                                                    Stephen E. Horan
                                                    Attorney for Defendant BUTTE COUNTY DEPARTMENT OF CHILDREN'S SERVICES

Date: May 1, 2019                    PACIFIC JUSTICE INSTITUTE

                                             By */s/ Kevin T. Snider*
                                                  Kevin T. Snider
                                                  Matthew B. McReynolds
                                                  Attorneys for Plaintiffs TEEN RESCUE and CARLTON WILLIAMS

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), the action by Plaintiffs TEEN RESCUE and CARLTON WILLIAMS against Defendant BUTTE COUNTY CHILDREN'S SERVICES only is hereby ordered dismissed with prejudice, with these parties to bear their own attorneys' fees and costs in relation to this claim only.

DATED: 5/1/2019                                         /s/ John A. Mendez
                                                                 U. S. District Court Judge