1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ISMAEL A. CASTRO, State Bar No. 85452
   Supervising Deputy Attorney General
3  JUDY WONG, State Bar No. 299990
   LAURIE ADAMSON, State Bar No. 242795
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6095
     Fax: (916) 324-5567
7    E-mail: Laurie.Adamson@doj.ca.gov
   *Attorneys for Xavier Becerra, Attorney General of*
8  *California, and Pat Leary, Director of California*
   *Department of Social Services*

9

10                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  | **TEEN RESCUE, CARLTON WILLIAMS** | 2:19-cv-00457-JAM-EFB |
    **as an individual and on behalf of all others**
    **similarly situated,**

14                                                         **STIPULATION TO EXTEND JOINT**
                                                           **STATUS REPORT AND DISCOVERY**
                                              Plaintiffs,   **PLAN PURSUANT TO RULE 26(f) and**
15                                                         **ORDER**

16          v.                                             Courtroom:   6, 14th floor
                                                           Judge:       Hon. Judge John A. Mendez
17  **XAVIER BECERRA, Attorney General of**                Action Filed: March 13, 2019
    **the State of California, in his official**
18  **capacity, WILLIAM LIGHTBOURNE,**
    **Director of the State Department of Social**
19  **Services, in his official capacity, Butte**
    **County Department of Children's Services**
20  **Division ad DOES 1-50,**

21                                              Defendants.

22

23          Pursuant to Local Rule 144(a), Plaintiff Carlton Williams,[1] as an individual and on behalf

24  of all others similarly situated, and Defendants Xavier Becerra, in his official capacity as

25  Attorney General of the State of California and Pat Leary,[2] in her official capacity as Director of

26  _____

27      [1] This Court dismissed Teen Rescue's claim on April 11, 2019. *See* Court Docket (CD)
    21.
28      [2] Pat Leary has succeeded William Lightbourne as Director of California Department of
    Social Services.

                                                  1

the California Department of Social Services, by and through their attorneys of record, agree and STIPULATE that the time to meet and confer and to submit to the Court a joint status report that includes a discovery plan is as follows:

WHEREAS, Defendants filed a Motion to Dismiss, which was ordered submitted without appearance and argument by this Court. The ruling on the Motion to Dismiss is pending before this Court. *See* ECF 24, 25, 38.

WHEREAS, counsel for Defendants and Plaintiff met and conferred telephonically on August 23, 2019 to discuss the Rule 26(f) disclosures and discovery plan.

WHEREAS, both counsel agree that in light of the current posture of this case and pending the Court's ruling on the Motion to Dismiss, the time for filing joint status report (due on August 30, 2019) should extend to October 29, 2019, and the time for making initial disclosures (due on September 13, 2019) should extend to November 12, 2019.

WHEREAS, the parties have previously extended time to file a joint status report. *See* ECF 29.

NOW THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT the last day to file a joint status report is extended to October 29, 2019, and the last day to make initial disclosures is extended to November 12, 2019.

///
///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED AND AGREED.

Dated:  August 27, 2019                          Respectfully submitted,

                                                 XAVIER BECERRA
                                                 Attorney General of California
                                                 ISMAEL A. CASTRO
                                                 Supervising Deputy Attorney General
                                                 JUDY WONG
                                                 Deputy Attorney General


                                                 */s/ Laurie Adamson*


                                                 LAURIE ADAMSON
                                                 Deputy Attorney General
                                                 *Attorneys for Xavier Becerra, Attorney*
                                                 *General of California, and Pat Leary,*
                                                 *Director of California Department of Social*
                                                 *Services*









                                                 Pacific Justice Institute


                                                 */s/ Kevin T. Snider*


                                                 KEVIN T. SNIDER
                                                 Chief Counsel
                                                 *Attorneys for Plaintiff Carlton Williams, on*
                                                 *behalf of all others similarly situated*

SA2019101170
14043719.docx

**ORDER**

Based on the parties' Stipulation, above, IT IS HEREBY SO ORDERED THAT the last day to file a joint status report in the above-entitled action be extended to October 29, 2019, and the last day to make initial disclosures pursuant be extended to November 12, 2019, pursuant to Local Rule 144(a).

DATE:   August 27, 2019                    /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE