## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                           **JUDGMENT IN A CIVIL CASE**

**TEEN RESCUE, ET AL.,**

                                           CASE NO: **2:19–CV–00457–JAM–EFB**

              v.

**XAVIER BECERRA, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/19/2019**

                                                      **Marianne Matherly**
                                                      Clerk of Court

    ENTERED: **October 15, 2019**

                                      by: /s/ J. Donati
                                                   Deputy Clerk